THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY COMELLO, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Probate of the Last Will and Testament of PETER STEGMAN, Deceased.— Decree affirmed, with costs in favor of the respondent and against the appellants. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

VICTORIA BERGER, Respondent, v. FREDERICK C. MALLING, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

RICHARD STRAW, by ERNESTINE SHIPE, His Guardian ad Litem, Respondent, v. GERHARD LANG BREWERY COMPANY and Another, Appellants. SAMUEL BROTHMAN, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARGARET FARRELL, Appellant, v. JAMES V. FARRELL, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

NILS H. WINTHER, by CHRISTIAN WINTHER, His Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.*— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $12,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Sears, P. J., who dissents and votes for reversal on the law in respect to an exception to denial of a modification by the court of a request to charge made by the defendant. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

NETTIE GRANT, as Administratrix, etc., of JOHN H. GRANT, Deceased, Respondent, v. UTICA GAS AND ELECTRIC COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LELA M. JACKSON, Respondent, v. WESTERN NEW YORK MOTOR LINES, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLES JACKSON, Respondent, v. WESTERN NEW YORK MOTOR LINES, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

LIBERTY BANK OF BUFFALO, as Trustee of MAUDE G. KLINCK and Others, Appellant, v. HIGH PARK DEVELOPMENT COMPANY, INC., and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.